

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00331-CR

## IN RE TODD W. ALTSCHUL

### Original Proceeding

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 91-281-C

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on December 16, 2020, requested a mandamus to compel Respondent, the trial court, to rule on Relator's Motion for Nunc Pro Tunc Modified Judgment and Amendment to Motion for Nunc Pro Tunc Modified Judgment.

Because the trial court ruled on the motions and provided a copy of the ruling to this Court, Relator's Petition For Writ Of Mandamus to compel a ruling is moot and is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Neill
Petition dismissed as moot
Opinion delivered and filed December 30, 2020
Do not publish
[OT06]

